UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Western Division)

| | |
|---|---|
| DIRECTV, Inc. | ) Case No.: **03-30286 MAP** |
| Plaintiff, | ) |
| | ) **PLAINTIFF'S REQUEST** |
| vs. | ) **FOR ENTRY OF DEFAULT** |
| | ) |
| Joseph Valego | ) |
| | ) |
| Defendant | ) |

    Plaintiff, DIRECTV, Inc ("DIRECTV"), by and through its undersigned attorney, pursuant to provisions of Rule 55 of the Federal Rules of Civil Procedure, hereby requests the Clerk of this United States District Court to enter a notice of default against defendant, **Joseph Valego**, for his failure to plead or otherwise defend the action brought by DIRECTV as appears from the attached affidavit.

_5/4/04_
Date

_/s/ John M. McLaughlin_
John M. McLaughlin (BBO: 556328)
**MCLAUGHLIN SACKS, LLC**
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Page 1

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 6 day of May, 2004, a copy of the foregoing Request for the Entry of Default, the Affidavit in Support thereof and a proposed order were mailed first class to:

Joseph Valego
2 Colonial Ave
Agawam, MA  01101

                                        John M. McLaughlin, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Western Division)

| | |
|---|---|
| DIRECTV, Inc.<br><br>　　Plaintiff<br><br>vs.<br><br>Joseph Valego<br><br>　　Defendant | Case No.: **03-30286 MAP**<br><br>**AFFIDAVIT OF ATTORNEY FOR PLAINTIFF'S REQUEST FOR DEFAULT** |

　　Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On November 26, 2003, the Plaintiff filed a Complaint against the Defendant, **Joseph Valego**, in United States District Court, alleging violations of 47 U.S.C. § 605 and violations of 18 U.S.C § 2511.

2. On February 27, 2004, the said Defendant was served by leaving the pertinent documentation at the **last and usual** place of abode of the Defendant by a person who is not a party to this action (see copy of Return of Service marked **Exhibit A** attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Federal Rules of Civil Procedure, the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. On or about March 6, 2004 the Defendant contacted Plaintiff's counsel by telephone and there were several phone calls back and forth but there was ultimately no resolve.

5. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint.

6. I have filed herewith a Request for Entry of Default, seeking that a Notice of Default be entered by this Court.

7. I have also filed herewith Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury.

Respectfully Submitted for the Plaintiff,
DIRECTV, INC.
By Its Attorney,

_____
John M. McLaughlin (BBO: 556328)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

_____
Date

EXHIBIT A

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

DIRECTV, Inc.

V.

Joseph Valego

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-30286-MAP

TO: (Name and address of Defendant)

Joseph Valego
2 Colonial Ave
Agawam, MA 01101

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                         November 26, 2003
_____              _____
CLERK                                                DATE

Mary Finn
_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| | DATE |



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

March 1, 2004

I hereby certify and return that on 2/27/2004 at 12:58 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to JOSEPH VALEGO at 2 COLONIAL Avenue, AGAWAM, MA 01001 <>.Attestation X 1 ($5.00), Conveyance ($3.60), Travel ($7.68), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $47.28

Deputy Sheriff MICHAEL POWERS

_____
Deputy Sheriff

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                Signature of Server

                                 _____
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.