UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Western Division)

| | | |
|---|---|---|
| DIRECTV, Inc. | ) | Case No.: **03-30286 MAP** |
| Plaintiff, | ) | |
| | ) | **ORDER FOR NOTICE OF REQUEST** |
| vs. | ) | **FOR DEFAULT** |
| | ) | |
| **Joseph Valego** | ) | |
| | ) | |
| Defendant | ) | |

Upon requests of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _6th_ day of _May_, _2004_

BY THE COURT

_Mary Finn_
Deputy Clerk

Page 1