UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
|       Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-30286-MAP |
| | ) | |
| JOSEPH VALEGO, | ) | |
|       Defendant | ) | |

SCHEDULING ORDER
July 20, 2004

NEIMAN, U.S.M.J.

Plaintiff's request for a default judgment has been referred to this court pursuant to 28 U.S.C. § 636. A hearing is scheduled for August 3, 2004 at 2:00 p.m. and the court will proceed via a report and recommendation. *See Conetta v. Nat'l Hair Care Centers, Inc.*, 236 F.3d 67, 72-75 (1st Cir. 2001). Plaintiff will be expected at the hearing to present evidence, including testimony if necessary, establishing the damages sought. *See Eisler v. Stritzler*, 535 F.2d 148, 153-54 (1st Cir. 1976). Although Plaintiff purports to request no more than "the statutory minimum," it is not seeking a "sum certain" as that term is used in Fed. R. Civ. P. 55(b)(1). *See Conetta*, 236 F.3d at 73.

      IT IS SO ORDERED.

                                                    /s/ Kenneth P. Neiman
                                                    KENNETH P. NEIMAN
                                                    U.S. Magistrate Judge

Case 3:03-cv-30286-MAP     Filed 07/20/2004     Page 2 of 2