UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (WESTERN DIVISION)

| DIRECTV, Inc. a California corporation, | Case No.: 03-30286-MAP |
|---|---|
| Plaintiff, | MOTION FOR POSTPONEMENT OF HEARING ON DEFAULT JUDGMENT |
| vs. | |
| Joseph Valego | |
| Defendant | |

Now comes the Plaintiff in the above-entitled action, and, moves this court for an order postponing the hearing presently scheduled for August 3, 2004. As grounds for this motion Plaintiff's Counsel, Attorney John M. McLaughlin, has long since planned his annual summer vacation for the workweek running from August 2, 2004 through August 6, 2004. Attorney McLaughlin has already rented a vacation property out-of-state.

In further support of this motion the Plaintiff:

1. Offers the affidavit of Attorney John M. McLaughlin;
2. States that the affidavit contains good factual grounds to postpone said hearing;

Wherefore, the Plaintiff moves this court to postpone the presently scheduled hearing to a date after August 6, 2004.

Respectfully submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

7/27/04
Date

John M. McLaughlin (BBO: 556328)
**MCLAUGHLIN SACKS, LLC**
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 22nd day of July 2004, I served a copy of the foregoing Motion for Postponement of Hearing on Default Judgment and the Affidavit of John M. McLaughlin in Support of Motion for Postponement of Hearing on Default Judgment via first-class mailing to:

Joseph Valego
2 Colonial Avenue
Agawam, MA  01001

                                              /s/ John M. McLaughlin
                                              John M. McLaughlin