UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (WESTERN DIVISION)

| DIRECTV, Inc. a California corporation, | Case No.: 03-30286-MAP |
|---|---|
| Plaintiff, | AFFIDAVIT OF JOHN M. MCLAUGHLIN IN SUPPORT OF MOTION FOR POSTPONEMENT OF HEARING ON DEFAULT JUDGMENT |
| vs. | |
| Joseph Valego | |
| Defendant | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. I am presently scheduled to take my summer vacation during the workweek that runs from August 2, 2004 to August 6, 2004. This vacation has been scheduled for months.

2. I am going on vacation with my wife and two children.

3. I have already rented vacation property in Watch Hill, RI for this time period.

Subscribed and sworn to, under the pains and penalties of perjury, this ___ day of July 2004.

_____
John M. McLaughlin

Page 1